UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MIKE FAWAZ,**
on behalf of himself
and others similarly situated,

                Plaintiff,      Case No. 2:17-CV-12068

**v.**      Hon. David M. Lawson

**ABCDE OPERATING, L.L.C.,**
d/b/a **"THE PENTHOUSE CLUB"**,
and **ALAN MARKOVITZ,**
                Defendants.

---

| | |
|---|---|
| **GOLD STAR LAW, P.C.** | **ANDREW BEAN, P.C.** |
| **Caitlin E. Malhiot (P76606)** | **Andrew Bean (P42941)** |
| **David A. Hardesty (P38609)** | Attorney for Defendants |
| **Maia Johnson Braun (P40533)** | 12001 Levon Rd. |
| Attorneys for Plaintiff | Livonia, MI 48150 |
| 2701 Troy Center Dr., Ste. 400 | (248) 539-9430 |
| Troy, Michigan 48084 | |
| (248) 275-5200 | **WARNER NORCROSS & JUDD LLP** |
| *cmalhiot@goldstarlaw.com* | **Amanda M. Fielder (P70180)** |
| *dhardesty@goldstarlaw.com* | **Allyson R. Terpsma (P78553)** |
| *mjohnson@goldstarlaw.com* | Attorneys for Defendants |
| | 900 Fifth Third Center |
| | 111 Lyon Street N.W. |
| | Grand Rapids, MI 49503 |
| | (616) 752-2000 |
| | *afielder@wnj.com* |
| | *aterpsma@wnj.com* |

---

## **SETTLEMENT AGREEMENT**

Per the Court's order, attached is the Settlement Agreement signed by

Plaintiff (exhibit 1) and the Declaration of Mike Fawaz (exhibit 2).

Respectfully submitted,

**GOLD STAR LAW, P.C.**
*/s/David A. Hardesty*
**David A. Hardesty (P38609)**
Attorney for Plaintiff
2701 Troy Center Dr., Ste. 400
Troy, MI 48084
(248) 275-5200

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel registered electronically.

/s/ *Shelley Eckelberry*
Shelley Eckelberry
**GOLD STAR LAW, P.C.**