# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MIKE FAWAZ,**
on behalf of himself
and others similarly situated,
      Plaintiff,    Case No. 2:17-CV-12068
v.              Hon. David M. Lawson
**ABCDE OPERATING, L.L.C.,**
d/b/a **"THE PENTHOUSE CLUB"**,
and **ALAN MARKOVITZ,**
      Defendants.

| | |
|---|---|
| **GOLD STAR LAW, P.C.**<br>**Caitlin E. Malhiot (P76606)**<br>**David A. Hardesty (P38609)**<br>**Maia Johnson Braun (P40533)**<br>Attorneys for Plaintiff<br>2701 Troy Center Dr., Ste. 400<br>Troy, Michigan 48084<br>(248) 275-5200 | **ANDREW BEAN, P.C.**<br>**Andrew Bean (P42941)**<br>Attorney for Defendants<br>12001 Levon Rd.<br>Livonia, MI 48150<br>(248) 539-9430<br><br>**WARNER NORCROSS & JUDD LLP**<br>**Amanda M. Fielder (P70180)**<br>**Allyson R. Terpsma (P78553)**<br>Attorneys for Defendants<br>900 Fifth Third Center<br>111 Lyon Street N.W.<br>Grand Rapids, MI 49503<br>(616) 752-2000 |

### DECLARATION OF MIKE FAWAZ

In accordance with 28 U.S.C. 1746, Mike Fawaz declares the following:

1. I am the Plaintiff in this matter.

2. Prior to agreeing to the settlement reached in this case my attorneys informed me that there were disputed issues regarding whether I would be entitled to receive liquidated damages, whether a two- or three-year statute of limitations

would apply, and regarding the number of overtime hours for which I could receive compensation should the case proceed to trial.

3. I am aware and understand that, should the case proceed to trial, I could recover more than the amount of the settlement, less than that amount or the same amount.

4. I am satisfied that, given the disputes stated above, the settlement which was reached is a fair and acceptable resolution of the case.

5. I am aware of the fact that my attorneys will receive 1/3 of the amount of the gross settlement as attorney fees, which is in accord with the retainer agreement which I signed.

6. I am also aware that the amount of costs which were paid by my attorneys is to be deducted from the net amount of the settlement I am to receive, which is again in accord with the retainer agreement which I signed.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Mike Fawaz

Dated: December 12, 2017

2